IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CITY OF JACKSONVILLE,

     Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION, and KATHY M.
PARISH,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2790

_____/

Opinion filed May 3, 2016.

An appeal from an Order of the Reemployment Assistance Appeals Commission. .

Wendy E. Byndloss, Assistant General Counsel, Jacksonville, for Appellant.

Norman A. Blessing, General Counsel, and Amanda L. Neff, Executive Senior Attorney, Reemployment Assistance Appeals Commission, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., MAKAR and OSTERHAUS, JJ., CONCUR.